## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| DEBORAH WALTON, on behalf of minor child, R.W., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 2:04cv508-A WO |
| MONTGOMERY COUNTY BOARD OF EDUCATION, et al., | ) ) ) | |
| Defendants. | ) ) | |

### FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date, Final Judgment is hereby entered in favor of the Defendants Montgomery County Board of Education, Montgomery Public Schools, Dr. Clinton Carter, Jimmy Barker, Tina Minott, Michael Gibbs, and Myra Hardy and against the Plaintiff, Deborah Walton, on behalf of minor child, R.W.

Costs are taxed against the Plaintiff.

Done this 20th day of May, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE